No. 5011.  FUNICELLO v. NEW JERSEY.  Sup. Ct. N. J. Reported below: 52 N. J. 263, 245 A. 2d 181; and

No. 5014.  CHILDS v. NORTH CAROLINA.  Super. Ct. N. C., Buncombe County. Reported below: See 269 N. C. 307, 152 S. E. 2d 453. Motions for leave to proceed in forma pauperis and certiorari granted. Judgments, insofar as they impose the death sentence, reversed and cases remanded for further proceedings. *Witherspoon* v. *Illinois*, 391 U. S. 510 (1968); *Boulden* v. *Holman*, 394 U. S. 478 (1969); *Maxwell* v. *Bishop*, 398 U. S. 262 (1970); and *United States* v. *Jackson*, 390 U. S. 570 (1968).  MR. JUSTICE BLACK dissents.

No. 5072.  ATKINSON v. NORTH CAROLINA.  Sup. Ct. N. C.  Reported below: 275 N. C. 288, 167 S. E. 2d 241;

No. 5136.  HILL v. NORTH CAROLINA.  Sup. Ct. N. C. Reported below: 276 N. C. 1, 170 S. E. 2d 885;

No. 5178.  ROSEBORO v. NORTH CAROLINA.  Sup. Ct. N. C.  Reported below: 276 N. C. 185, 171 S. E. 2d 886;

No. 5837.  WILLIAMS v. NORTH CAROLINA.  Sup. Ct. N. C.  Reported below: 276 N. C. 703, 174 S. E. 2d 503;

No. 6006.  SANDERS v. NORTH CAROLINA.  Sup. Ct. N. C.  Reported below: 276 N. C. 598, 174 S. E. 2d 487;

No. 6386.  THOMAS v. LEEKE, CORRECTIONS DIRECTOR. Sup. Ct. S. C.; and

No. 7122.  ATKINSON v. NORTH CAROLINA.  Sup. Ct. N. C.  Reported below: 278 N. C. 168, 179 S. E. 2d 410. Motions for leave to proceed in forma pauperis and certiorari granted. Judgments, insofar as they impose the death sentence, reversed, *United States* v. *Jackson*, 390 U. S. 570 (1968), *Pope* v. *United States*, 392 U. S. 651 (1968), and cases remanded for further proceedings. MR. JUSTICE BLACK dissents.